UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80813-Civ-MATTHEWMAN

DANNY RAMPERSAD,

    Plaintiff,

v.

BIG DADDY'S LIQUORS INC.,
a Florida profit corporation, and
FLANIGAN'S ENTERPRISES, INC.,
a Florida profit corporation,

    Defendants.
_____/

FILED BY ___KJZ___ D.C.

Sep 2, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## AMENDED ORDER SETTING JURY TRIAL AND PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the Status Conference held on August 25, 2022 [DE 21], and the parties' Joint Proposed Amended Scheduling Order [DE 22-1] filed thereafter. Being fully advised in the premises, the Court **ORDERS** the following:

### Trial Date & Location

This case is hereby specially set for **a 3 to 5-day jury trial before United States Magistrate Judge William Matthewman, commencing at 9:00 a.m. on Monday, May 8, 2023,** in the West Palm Beach Division of this Court. This is a specially set trial date and the case is not on a two-week trial calendar. The parties should be prepared to proceed to trial on **Monday, May 8, 2023 at 9:00 a.m.** A calendar call shall be held at **2:00 p.m. on May 3, 2023**, at the U.S. District Court, 701 Clematis Street, Third Floor, Courtroom Six, West Palm Beach, Florida.[1] All counsel must appear in person at the calendar call.

---

[1] This is also the Courtroom where trial shall be held.

## Motion Practice

Every motion filed in this case must comply with Local Rule 7.1(a)(3) if applicable (pre-filing conference and certification) and be accompanied by a proposed order granting the motion, except motions to dismiss and motions for summary judgment. Proposed orders shall be e-mailed in **Word format** to chambers at matthewman@flsd.uscourts.gov. The case number along with the words, "proposed order," should be in the subject heading.

## Pretrial Schedule

Pretrial discovery will be conducted in accordance with Southern District of Florida Local Rules 16.1 and 26.1 and the Federal Rules of Civil Procedure. In setting the following deadlines, the Court has considered the parties' suggested discovery schedule. Dates and other agreements between the parties not otherwise addressed herein shall be considered part of this Order. To the extent this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| Date | Deadline |
|---|---|
| October 3, 2022 | Deadline for joinder of any additional parties and of filing motions to amend the pleadings. |
| November 18, 2022 | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2). |
| December 5, 2022 | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2). |
| December 19, 2022 | The parties shall furnish written lists containing the names and addresses of all witnesses intended to be called at trial. |
| January 16, 2023 | All discovery shall be completed. |
| February 10, 2023 | Deadline to complete mediation. |

| | |
|---|---|
| February 13, 2023 | All Pretrial and Dispositive motions, including those regarding summary judgment, *Daubert*, and motions *in limine* shall be filed. |
| April 7, 2023 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. |
| April 14, 2023 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| April 14, 2023 | Proposed jury instructions and proposed jury forms shall be filed. |

## **Mandatory Pretrial Stipulation**

Counsel must meet at least one month prior to the beginning of the trial to confer on the preparation of a Pretrial Stipulation in accordance with Local Rule 16.1E. A Pretrial Stipulation lacking substance will not be accepted. Any party causing a unilateral pretrial stipulation to be filed will be required to show cause why sanctions should not be imposed against that party. Each attorney and each self-represented party is charged with the duty of complying with this Order. A motion for continuance shall not stay the requirement for the filing of the Pretrial Stipulation and, unless an emergency situation arises, or good cause is shown, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the calendar call. Failure to comply with the time schedule may result in dismissal or other sanctions.

## **Exhibits**

All exhibits must be pre-marked in accordance with the exhibit list. The exhibits shall be marked on the bottom right corner. Plaintiff's exhibits shall be identified in numerical order, whereas Defendant's exhibits shall be identified in alphabetical order. The exhibit list shall set forth the number or letter, and description of each exhibit. The exhibit list shall conform to Form AO 187 (available at http://www.uscourts.gov/sites/default/files/ao187.pdf).

### Jury Instructions and Proposed Findings of Fact and Conclusions of Law

In cases tried before a jury, each party shall file <u>joint, stipulated</u> proposed jury instructions and a <u>joint, stipulated</u> proposed verdict form and **e-mail in Word format to matthewman@flsd.uscourts.gov**. All requested instructions shall be typed on a separate page, double spaced and except for Eleventh Circuit Pattern instructions, must be supported by citations of authority. Any objections to the proposed instructions shall be stated clearly and concisely and supported by citations of authority.

### Settlement

If a case is settled, counsel are directed to inform the Court promptly at (561) 803-3440 and to submit an appropriate Stipulation for Order of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1). Such an Order must be filed within ten (10) days of notification to the Court, or prior to the Calendar Call, whichever occurs first. Cases are not removed from the trial calendar unless a stipulation for dismissal is filed with the Court.

**ORDERED and ADJUDGED** in chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of September, 2022.

*/s/ William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge